1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10

11   LANCE BLACK,                              Case No.:  21cv1990-LL-JLB
12                           Plaintiff,
                                              **ORDER GRANTING JOINT**
13   v.                                       **MOTION FOR ORDER ALLOWING**
                                              **PLAINTIFFS TO FILE FIRST**
14   CITY OF SAN DIEGO, et al.,               **AMENDED COMPLAINT**
15                         Defendants.
                                              **[ECF No. 37]**
16

17

18          On March 8, 2022, the parties filed a joint motion to allow Plaintiffs to file a First

19   Amended Complaint ("FAC"). ECF No. 37. In support, the parties state that based on the

20   production of body worn video footage by Defendant City of San Diego, "Plaintiff was

21   able to draft his [FAC] that identified the specific defendants involved, and to identify

22   defendants that he was willing to dismiss, and provide additional facts to support the claims

23   alleged, to eliminate some claims and add others instead." *Id.* at 1-2. The motion is

24   accompanied by a copy of the proposed FAC that shows how it differs from the initial

25   ///

26   ///

27   ///

28   ///

1   complaint. For the above reasons, the motion [ECF No. 37] is **GRANTED**. On or before

2   March 11, 2022, Plaintiffs must file a copy of the FAC as a separate entry on the docket.

3        **IT IS SO ORDERED**.

4   Dated:  March 9, 2022

5

6   _____

7                          Honorable Linda Lopez

8                          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28