**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE BLACK,<br><br>                Plaintiff,<br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                Defendants. | Case No.: 3:21-cv-1990-RBM-JLB<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE OVER-LENGTH OPPOSITION**<br><br>**[Doc. 54]** |

Through *ex parte* application, Plaintiff Lance Black requests leave to file an over-length Opposition to Defendants City of San Diego, Chief David Nisleit, Ryan Poole, Elizabeth Ortiz, Alyssa Tutterow, Christina Berg, Amy Buell, Katherine Jennings, Jardin Killinger, Austin Fowler, Kyle Valente, Jonathan Wells, Diego Usma, Jose Rodriguez, and David Burns' Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 46). After reviewing the reasons set forth in Plaintiff's *ex parte* application and upon a showing of good cause, the Court hereby grants Plaintiff leave to file his 36-page Opposition.

/ / /

/ / /

/ / /

/ / /

1      **IT IS SO ORDERED.**

2     DATE:  June 21, 2022

3
   _____
4   HON. RUTH BERMUDEZ MONTENEGRO
    UNITED STATES DISTRICT JUDGE